# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2008

136607
& (24)
(25)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LARRY LEIB,
      Plaintiff-Appellee,

v

OAKLAND COUNTY CLERK,
      Defendant,

and

RICHARD D. KUHN, SR.,
      Intervening Defendant-Appellant.

SC: 136607
COA: 285768
Oakland CC: 2008-091695-AW

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2008

_____
Clerk